IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLES JONES,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-3213-L-BK** |
| | § | |
| **FEDERAL NATIONAL MORTGAGE** | § | |
| **ASSOCIATION and NATIONSTAR** | § | |
| **MORTGAGE, LLC,** | § | |
| | § | |
| Defendants. | § | |

# ORDER

On August 2, 2018, United States Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants' Motion to Dismiss (Doc. 4), filed December 4, 2017, but allow Plaintiff to amend his pleadings with respect to his breach of contract claim. No objections to the Report were filed.

After reviewing the motion, response, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendants' Motion to Dismiss (Doc. 4) and **dismisses with prejudice** Plaintiff's claim for alleged violations of the Real Estate Settlement Procedure Act but will allow Plaintiff to file an amended complaint by **September 10, 2018**, to cure the deficiencies noted with respect to his breach of contract claim. *No other claims may be included in Plaintiff's amended complaint unless leave of court is sought and granted. Failure to file an amended complaint by September 10, 2018, will result in this action and Plaintiff's remaining*

*contract claim being dismissed with prejudice under Rule 12(b)(6) for failure to state a claim upon which relief may be granted.*

**It is so ordered** this 20th day of August, 2018.

Sam A. Lindsay
United States District Judge